IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ASAMOAH, | : |
| Plaintiff, | : Case No. 2:22-cv-03129 |
| v. | : CHIEF JUDGE ALGENON L. MARBLEY |
| JEFF BEZOS, | : MAGISTRATE JUDGE DEAVERS |
| Defendant. | : |

## OPINION & ORDER

This matter is before this Court on Defendant Jeff Bezos's Motion to Dismiss (ECF No. 8). Defendant removed the above-captioned case to this Court on August 11, 2022. (ECF No. 1). On the same day, Defendant filed a Motion to Dismiss (ECF No. 4), which was re-filed four days later to comply with S.D. Ohio Civ. R. 5.1(c). (ECF No. 8).

Plaintiff has failed to comply with the requirements prescribed by this Court for vexatious litigators or to demonstrate that he is exempt from these requirements.[1] Plaintiff has not, in the course of filing this action, provided a statement from an attorney licensed to practice in this Court or the State of Ohio certifying that there is a good faith basis for the claims he seeks to assert or tendered a proposed complaint for review by this Court. (*See* ECF). Nor has Plaintiff provided an adequate justification for exemption, or any justification at all. (*Id.*). In fact, Plaintiff's previous experience in this Court, which has led to his vexatious litigator designation, militates against a

---

[1] Due to his "demonstrated willingness to file repetitive and baseless motions that strain judicial bandwidth" in a previous case before this Court, Judge Morrison held that: "Mr. Asamoah is **DEEMED A VEXATIOUS LITIGATOR** and is **ENJOINED** from filing any new actions without either (i) submitting a statement from an attorney licensed to practice in this Court or the State of Ohio certifying that there is a good faith basis for the claims Mr. Asamoah seeks to assert, or (ii) tendering a proposed complaint for review by this Court prior to filing." *Asamoah v. Capstone Logistics, LLC*, 2:20-cv-06590, (ECF No. 26 at 6–7, Opinion & Order); *see also Asamoah v. Amazon.com Services, Inc.*, 2:21-cv-03305, (ECF No. 66 at 13–14, Opinion & Order) (deeming Plaintiff Asamoah a vexatious litigator for the second time).

finding that he qualifies for an exemption.

Accordingly, Defendant's Motion to Dismiss (ECF No. 8) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**. Defendant's previous Motion to Dismiss (ECF No. 4) is **DENIED AS MOOT**. Any newly filed case shall comply with the vexatious litigator requirements set forth in *Asamoah v. Capstone Logistics, LLC*, 2:20-cv-06590, (ECF No. 26 at 6–7, Opinion & Order) and *Asamoah v. Amazon.com Services, Inc.*, 2:21-cv-03305, (ECF No. 66 at 13–14, Opinion & Order).

        **IT IS SO ORDERED.**

                                              **ALGENON L. MARBLEY**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: October 14, 2022**